IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARY JANE WASCO, et al.

    Plaintiff,

    vs.

WAYNE F. PERRY, et al.

    Defendant.

CIVIL ACTION NO. 1:08-CV-1973

(JUDGE CAPUTO)

## ORDER

**NOW,** this 4th day of March, 2009, **IT IS HEREBY ORDERED** that the parties shall file a written status report with respect to this case within ten (10) days of the date of this Order.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge